# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUAN VÁZQUEZ, PABLO MARÍN, CIRILO
PACHECO, OSIEL VÁZQUEZ, ALEJANDRO
LOAEZA, EMITERIO PACHECO, HECTOR
AVENDAÑO, EFREN PACHECO, AVELINO
CRUZ, and RENE PACHECO on behalf of
themselves and all other similarly situated workers,

Civil Action No.  1:06-cv-582

Plaintiffs,

. v.

LAMONT FRUIT FARM, INC.,

Defendant.

## STIPULATION OF PROPOSED SETTLEMENT

The parties stipulate and agree as follows:

WHEREAS, the parties have engaged in extensive negotiations aimed at

resolving this matter, and

WHEREAS, the named Plaintiffs (hereinafter "the Plaintiffs") have filed the above-

captioned class action in this Court against Defendant Lamont Fruit Farm, Inc. (hereinafter

"the Defendant"), alleging, among other things, that the Defendant violated the Fair Labor

Standards Act and New York Labor Law by failing to pay minimum wages to workers

who were employed under the temporary foreign agricultural worker ("H-2A") program

during the 2000-2005 Upstate New York apple harvest seasons, and

WHEREAS, the Plaintiffs maintain that they, individually and as class

representatives would ultimately prevail on all issues in this action but deem the

proposed settlement set forth herein to be in their best interest and the best interest

of the class, and

WHEREAS, the Defendant denies all liability whatsoever and maintains that it would ultimately prevail on all issues in this action but deems the proposed settlement set forth to be in its best interest, and;

WHEREAS, the Court has not ruled on any of the substantive contentions of the parties regarding liability or expressed any opinion with respect thereto:

WHEREAS, the proposed settlement was reached through extensive arms-length negotiations between counsel for the parties;

WHEREAS, counsel for the Plaintiffs is experienced in the representation of agricultural guest workers and is well qualified to evaluate the fairness of the proposed settlement on behalf of the members of the class;

WHEREAS, the proposed settlement, as set out below, is fair, reasonable and adequate as to the members of the class, as compared to the uncertainties of litigation of these claims, and the significant cost, time and efforts this litigation would entail on behalf of all parties, regardless of the outcome;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, that this action be settled and compromised, subject to Court approval, upon the terms and conditions hereinafter set forth.

1. Definitions. As used herein, the following terms shall have the following meanings:

(a) The term "Lamont Fruit Farm Inc." means Lamont Fruit Farm Inc., its shareholders, servants, officers, directors, board or governing members, employees, principals, spouses, representatives, beneficiaries and attorneys.

(b) The term "class members" means the members of the class certified by the Court in this action in its order of September 30, 2011 (Docket Entry 55), *i.e.,* all individuals admitted to the United States pursuant to Section 101(a)(15)(H)(ii)(a) of the Immigration and Nationality Act, 8 U.S.C. §1101(a)(15)(H)(ii)(a) ("H-2A workers") who were employed by Lamont Fruit Farm Inc. to pick apples during the 2000, 2001, 2002, 2003, 2004 and 2005 Upstate New York apple harvest seasons.

(c) The term "counsel for the Plaintiffs" means Farmworker Legal Services of New York and Leclair Korona Giordano Cole LLP, including their staff, attorneys, paralegals, office administrators and volunteer interns.

2.  Submission of Stipulation to Court.  The parties shall promptly submit this Stipulation to the Court and jointly request the Court to enter an order approving the settlement as set forth herein.

3.  Consideration for Settlement.

(a) Creation of Settlement Fund.  Within thirty (30) days of the entry of the Court's order approving the settlement in this case and dismissing this action with prejudice, Defendant Lamont Fruit Farm Inc. shall pay a total of four hundred one thousand eight hundred seventy-four dollars and fifty-nine cents ($401,874.59) to create a settlement fund in this matter.

The settlement fund shall be held and distributed by Farmworkers Legal Services of New York as follows:

(i) Payment to class members.   Up to a total of $256,874.59 will be paid to the class members who file timely claims as provided for in this agreement and

Stipulation.  A summary of the payments due each class member is set forth in the attached **Exhibit A**.

(ii)  A total of $15,000 shall be paid to the Named Plaintiffs, as follows: $7,000 to Pablo Marin, $3,000 to Juan Vazquez, and $625 to each remaining named plaintiff.

(iii)  A total of $130,000 shall be paid to the Plaintiffs' counsel, Farmworker Legal Services of New York and Leclair Korona Giordano Cole LLP for the attorneys' fees and costs and disbursements incurred with respect to this action and the costs of administering this Settlement Agreement.  Defendant does not object to this claim of attorney's fees and costs and agrees the amount is fair and reasonable in light of the complexity of this case and the time and effort expended by counsel for the class.

(b)  Deceased workers.  Where a class member is deceased, upon receipt of proper identification and documentation of the payee's claim, payment shall be made to the heirs of the class member or recipient in the following priority: (1) spouse; (2) children; (3) parents; (4) siblings; and (5) other relatives.

(c)  Disposition of Unclaimed Settlement Funds. Any portion of the sums described in Subparagraph (3)(a)(i) not claimed by class members in accordance with this Agreement shall be paid to the Rural & Migrant Ministry, P.O. Box 4757, Poughkeepsie, New York.

(d)  Claim Procedures. Counsel for the Plaintiffs shall be responsible for reviewing and verifying claims made under this Settlement Agreement. No specific documentation shall be required to establish a claim and counsel for the Plaintiffs will endeavor to accept evidence in support of a claim if the claimant reasonably

establishes his or her identity as a person entitled to payment pursuant to Paragraph

3. The validity of any claim shall be made by counsel for the Plaintiffs and shall not

be subject to challenge or review. In implementing this subparagraph, it is the

intention of the parties that all valid claims be paid.

4. <u>Waiver and Release.</u>

In consideration for the payment of the sums set out in Paragraph 3, the class

members shall release Lamont Fruit Farm Inc. and its parents, subsidiaries, co-venturers,

shareholders, general or limited partners, officers, directors, employees, and consultants,

past and present, from any further liability for all claims raised or asserted in this action, or

which could have been raised or asserted in this action with regard to the matters

encompassed therein, or any related administrative proceedings.

5. <u>Attorney's Fees and Costs.</u>

Other than as provided for in Paragraph 3(a)(iii), the parties shall bear their own costs and

attorney's fees.

6. <u>Effect of Failure to Consummate Settlement.</u>

If the settlement contemplated hereby is not consummated because of Lamont Fruit

Farm Inc.'s default in its payment obligations under this Settlement Agreement, and said

default remains uncured for a period of 15 days after written notice to Defendant's counsel,

then the Plaintiffs' attorneys, upon motion and with notice to the Defendant's counsel, shall be

entitled to entry of judgment against Lamont Fruit Farm Inc. for the total of all sums

remaining unpaid. Should it fail materially to comply with the provisions of this settlement

stipulation, Lamont Fruit Farm Inc. shall be responsible for the costs incurred in

enforcement of this settlement stipulation, including reasonable attorney's fees.

If settlement is not consummated because the Court does not enter a final judgment and order, then the parties and the action and all issues shall thereupon be deemed to have reverted to their respective status as of the date the settlement is entered, and the actions shall proceed in all material respects as if this settlement and related orders and papers had not been executed, all substantive and procedural issues having been fully preserved for litigation.

7.   Notice to class members.

Notice of this proposed settlement and any fairness hearing set by the Court will be provided to class members by first class mail. The Plaintiffs shall pay all costs of notice.

8.   Final Order to be Entered Upon Approval of the Settlement.

If the Court enters an Order approving this settlement, all other conditions of this Stipulation are satisfied, and the Court approves the settlement embodied in this stipulation and the Exhibits hereto without modification, then a final order shall be entered in this action:

(a) Approving the settlement contemplated in this Stipulation as lawful, fair, just, reasonable and adequate, after considering among other things, that the settlement was reached after good faith, arm's length negotiations by experienced and capable class counsel and in the absence of collusion; the amount of the settlement; the likelihood of the Plaintiffs' success in obtaining all relief prayed for; the cost, complexity, and duration of the litigation if pursued through trial; the further disruption to the business activities of Lamont Fruit Farm Inc.; and, any other matters bearing on the best interests of the parties and

directing its consummation and that all parties perform in accordance with the terms of this Stipulation and attached Exhibits;

(b) Providing that members of the class who have duly and timely requested exclusion from the class may thereafter pursue only their own individual remedies, if any, and not any class actions based on the claims in the Plaintiffs complaint in this action.

(c) Providing for the release of Lamont Fruit Farm Inc., as defined in Paragraph 1, its parents, subsidiaries, past and present officers, directors, agents, attorneys, subsidiaries, parent corporations, related entities and affiliates, if any, and their respective successors, heirs and assigns, whomever, and from all damage and other claims relating to the employment during the 2000 – 2005 apple harvests of the Plaintiffs and all other class members who do not seek exclusion, their heirs, representatives, agents, attorneys. successors, or assigns, or anyone claiming on their behalf, which have been raised or asserted in this action, or which could have been raised or asserted in this action; and

(d) Dismissing this action with prejudice, except to reserve jurisdiction to enforce the terms of the settlement.

10. Miscellaneous Provisions.

(a) The parties shall not, directly or indirectly, in any way exercise, and they, and all of them, do hereby waive, any and all rights they, or any of them, have or may have to appeal from any order of court entered pursuant to and in accordance with this Stipulation.

(b) Neither this Stipulation nor any documents executed or prepared, acts done or orders entered shall be construed as an admission by Lamont Fruit Farm Inc. of the validity of any claims asserted in this action or of Lamont Fruit Farm Inc.'s liability herein or of any wrongdoing or of any act or omission by any of them, nor construed as an admission

7

of any fault or omission in any statement or document, nor offered or received in evidence in any civil, criminal, or administrative action or proceeding against any party other than such proceedings as may be necessary to consummate or enforce this Stipulation.

(c) All of the attached Exhibits are incorporated into this Stipulation by reference.

| For the Plaintiffs: | For the Defendant: |
|---|---|
| Steven E. Cole, Esq.<br>Leclair Korona Giordano Cole LLP<br>150 State Street, Suite 300<br>Rochester, New York 14614<br>Tel: 585-327-4100<br>E-mail: scole@leclairkorona.com<br><br>Date:  November 1ᵣ, 2011 | Frank A. Aloi, Esq.<br>P.O. Box 18186<br>Rochester, NY 14618<br>Tel:585-262-3660<br>E-mail: faappeals@aol.com<br><br>Date:  November 17, 2011 |
| **FARMWORKER LEGAL SERVICES OF NEW YORK**<br><br><br>David Irving, Esq.<br>1187 Culver Rd<br>Rochester, NY 14609-5448<br>Tel:(585) 325-3050<br><br><br>Date:  November __, 2011 | **LAMONT FRUIT FARM, INC.**<br><br>Rod Farrow, President<br><br>Sworn to before me this _17_ day of November, 2011<br><br><br>Notary Public<br><br>FRANK A. ALOI<br>Notary Public, State of New York<br>Commission Expires Feb. 03, 2024 |

8

of any fault or omission in any statement or document, nor offered or received in evidence in any civil, criminal, or administrative action or proceeding against any party other than such proceedings as may be necessary to consummate or enforce this Stipulation.

(c) All of the attached Exhibits are incorporated into this Stipulation by reference.

| For the Plaintiffs: | For the Defendant: |
|---|---|
| _____<br><br>Steven E. Cole, Esq.<br>Leclair Korona Giordano Cole LLP<br>150 State Street, Suite 300<br>Rochester, New York 14614<br>Tel: 585-327-4100<br>E-mail: scole@leclairkorona.com<br><br>Date:  November __, 2011 | _____<br><br>Frank A. Aloi, Esq.<br>P.O. Box 18186<br>Rochester, NY 14618<br>Tel:585-262-3660<br>E-mail: faappeals@aol.com<br><br>Date:  November __, 2011 |
| **FARMWORKER LEGAL SERVICES OF NEW YORK**<br><br>_____<br>David Irving, Esq.<br>1187 Culver Rd<br>Rochester, NY 14609-5448<br>Tel:(585) 325-3050<br><br><br>Date:  November 16, 2011 | **LAMONT FRUIT FARM, INC.**<br><br><br>_____<br>Rod Farrow, President<br><br>Sworn to before me this _____ day of November, 2011<br><br><br>_____<br>Notary Public |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 2 | 681 | ALBERTO AVILA HERNANDEZ | $496.33 | $54.94 | |
| 3 | 681 | ALBERTO AVILA HERNANDEZ | $661.26 | $54.94 | |
| 4 | | | $1,157.59 | $109.88 | $1,267.47 |
| 5 | | | | | |
| 6 | 695 | ALBERTO ORTIZ | $743.08 | $54.94 | |
| 7 | 695 | ALBERTO ORTIZ | $796.16 | $54.94 | |
| 8 | 695 | ALBERTO ORTIZ | $921.20 | $54.94 | |
| 9 | 695 | ALBERTO ORTIZ | $222.37 | $54.94 | |
| 10 | | | $2,682.82 | $219.76 | $2,902.58 |
| 11 | | | | | |
| 12 | 612 | ALEJANDRO LOAEZA | $942.98 | $54.94 | |
| 13 | 612 | ALEJANDRO LOAEZA | $788.10 | $54.94 | |
| 14 | 680 | ALEJANDRO LOAEZA | $921.20 | $54.94 | |
| 15 | 680 | ALEJANDRO LOAEZA | $425.43 | $54.94 | |
| 16 | 680 | ALEJANDRO LOAEZA | $663.49 | $54.94 | |
| 17 | | | $3,741.19 | $274.70 | $4,015.89 |
| 18 | | | | | |
| 19 | 678 | ALEJANDRO MENDOZA RAMIREZ | $724.36 | $54.94 | |
| 20 | 678 | ALEJANDRO MENDOZA RAMIREZ | $538.83 | $54.94 | |
| 21 | 678 | ALEJANDRO MENDOZA RAMIREZ | $641.37 | $54.94 | |
| 22 | | | $1,904.57 | $164.82 | $2,069.39 |
| 23 | | | | | |
| 24 | 919 | ALEJANDRO VELAZQUEZ CASTARON | $646.68 | $54.94 | $701.62 |
| 25 | | | | | |
| 26 | 643 | ANTONIO CASTANEDA MARTINEZ | $502.89 | $54.94 | |
| 27 | 643 | ANTONIO CASTANEDA MARTINEZ | $617.33 | $54.94 | |
| 28 | 643 | ANTONIO CASTANEDA MARTINEZ | $903.44 | $54.94 | |
| 29 | 643 | ANTONIO CASTANEDA MARTINEZ | $697.36 | $54.94 | |
| 30 | 643 | ANTONIO CASTANEDA MARTINEZ | $346.67 | $54.94 | |
| 31 | 643 | ANTONIO CASTANEDA MARTINEZ | $605.10 | $54.94 | |
| 32 | | | $3,672.79 | $329.64 | $4,002.43 |
| 33 | | | | | |

Page 1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 34 | 604 | AURELIO REYES | $929.00 | $54.94 | |
| 35 | 604 | AURELIO REYES | $743.08 | $54.94 | |
| 36 | 604 | AURELIO REYES | $855.31 | $54.94 | |
| 37 | | | $2,527.40 | $164.82 | $2,692.22 |
| 38 | | | | | |
| 39 | 682 | AVALION CRUZ MAYA | $453.32 | $54.94 | |
| 40 | 682 | AVALION CRUZ MAYA | $630.76 | $54.94 | |
| 41 | | | $1,084.07 | $109.88 | $1,193.95 |
| 42 | | | | | |
| 43 | 631 | BALTAZAR ROSARIO HERNANDEZ | $815.25 | $54.94 | |
| 44 | 631 | BALTAZAR ROSARIO HERNANDEZ | $921.20 | $54.94 | |
| 45 | 631 | BALTAZAR ROSARIO HERNANDEZ | $219.97 | $54.94 | |
| 46 | | | $1,956.42 | $164.82 | $2,121.24 |
| 47 | | | | | |
| 48 | 685 | BERNARDO CASTRO PUGA | $466.67 | $54.94 | |
| 49 | 685 | BERNARDO CASTRO PUGA | $742.71 | $54.94 | |
| 50 | | | $1,209.38 | $109.88 | $1,319.26 |
| 51 | | | | | |
| 52 | 632 | BERNARDO TOVIAS HERNADEZ | $725.63 | $54.94 | |
| 53 | 632 | BERNARDO TOVIAS HERNADEZ | $307.16 | $54.94 | |
| 54 | 632 | BERNARDO TOVIAS HERNADEZ | $511.99 | $54.94 | |
| 55 | 632 | BERNARDO TOVIAS HERNADEZ | $617.33 | $54.94 | |
| 56 | 632 | BERNARDO TOVIAS HERNADEZ | $850.29 | $54.94 | |
| 57 | 632 | BERNARDO TOVIAS HERNADEZ | $602.54 | $54.94 | |
| 58 | | | $3,614.92 | $329.64 | $3,944.56 |
| 59 | | | | | |
| 60 | 626 | CARLOS TOVIAS HERNANDEZ | $850.29 | $54.94 | |
| 61 | 626 | CARLOS TOVIAS HERNANDEZ | $711.01 | $54.94 | |
| 62 | 626 | CARLOS TOVIAS HERNANDEZ | $307.16 | $54.94 | |
| 63 | 626 | CARLOS TOVIAS HERNANDEZ | $602.54 | $54.94 | |
| 64 | | | $2,470.98 | $219.76 | $2,690.74 |
| 65 | | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 66 | 920 | CESAR ARIZOCA CEDILLA | $663.49 | $54.94 | $718.43 |
| 67 | | | | | |
| 68 | 633 | CIRILO PACHECO ROSARIO | $815.25 | $54.94 | |
| 69 | 633 | CIRILO PACHECO ROSARIO | $934.38 | $54.94 | |
| 70 | 633 | CIRILO PACHECO ROSARIO | $219.97 | $54.94 | |
| 71 | 633 | CIRILO PACHECO ROSARIO | $630.76 | $54.94 | |
| 72 | | | $2,600.36 | $219.76 | $2,820.12 |
| 73 | | | | | |
| 74 | 627 | DANIEL CASTILLO TOVIAS | $832.95 | $54.94 | |
| 75 | 627 | DANIEL CASTILLO TOVIAS | $739.27 | $54.94 | |
| 76 | 627 | DANIEL CASTILLO TOVIAS | $306.23 | $54.94 | |
| 77 | 627 | DANIEL CASTILLO TOVIAS | $565.29 | $54.94 | |
| 78 | | | $2,443.74 | $219.76 | $2,663.50 |
| 79 | | | | | |
| 80 | 909 | DAVID GARCIA RAMIREZ | $663.49 | $54.94 | $718.43 |
| 81 | | | | | |
| 82 | 910 | DONACIANO RAMOS RAMIREZ | $613.95 | $54.94 | $668.89 |
| 83 | | | | | |
| 84 | 911 | EFREN PACHECO ROSARIO | $663.49 | $54.94 | $718.43 |
| 85 | | | | | |
| 86 | 905 | ELENO FLORES TOVIAS | $755.81 | $54.94 | |
| 87 | 905 | ELENO FLORES TOVIAS | $616.34 | $54.94 | |
| 88 | | | $1,372.14 | $109.88 | $1,482.02 |
| 89 | | | | | |
| 90 | 606 | EMA ROSARIO | $833.13 | $54.94 | $888.07 |
| 91 | | | | | |
| 92 | 614 | EMIGDIO GARCIA RAMIREZ | $743.08 | $54.94 | |
| 93 | 614 | EMIGDIO GARCIA RAMIREZ | $796.16 | $54.94 | |
| 94 | 614 | EMIGDIO GARCIA RAMIREZ | $921.20 | $54.94 | |
| 95 | 614 | EMIGDIO GARCIA RAMIREZ | $222.37 | $54.94 | |
| 96 | | | $2,682.82 | $219.76 | $2,902.58 |
| 97 | | | | | |

Page 3

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 98 | 912 | EMITERIS PACHECO ROSARIO | $663.49 | $54.94 | $718.43 |
| 99 | | | | | |
| 100 | 669 | ENRIQUE ROSARIO VENEGAS | $855.31 | $54.94 | $910.25 |
| 101 | | | | | |
| 102 | 634 | ERASTO LOAEZA SANTOS | $815.25 | $54.94 | |
| 103 | 634 | ERASTO LOAEZA SANTOS | $921.20 | $54.94 | |
| 104 | 634 | ERASTO LOAEZA SANTOS | $403.11 | $54.94 | |
| 105 | | | $2,139.57 | $164.82 | $2,304.39 |
| 106 | | | | | |
| 107 | 683 | ESTEBAN FRANCO SANTIAGO | $453.32 | $54.94 | $508.26 |
| 108 | | | | | |
| 109 | 623 | ESTEBAN PACHECO | $797.73 | $54.94 | $852.67 |
| 110 | | | | | |
| 111 | 679 | EULALIO ARIZOCA FERNANDEZ | $500.67 | $54.94 | |
| 112 | 679 | EULALIO ARIZOCA FERNANDEZ | $617.33 | $54.94 | |
| 113 | 679 | EULALIO ARIZOCA FERNANDEZ | $699.51 | $54.94 | |
| 114 | 679 | EULALIO ARIZOCA FERNANDEZ | $717.24 | $54.94 | |
| 115 | 679 | EULALIO ARIZOCA FERNANDEZ | $136.57 | $54.94 | |
| 116 | 679 | EULALIO ARIZOCA FERNANDEZ | $644.91 | $54.94 | |
| 117 | | | $3,316.23 | $329.64 | $3,645.87 |
| 118 | | | | | |
| 119 | 635 | EUSEBIO GUERRERO GAYTAN | $815.25 | $54.94 | |
| 120 | 635 | EUSEBIO GUERRERO GAYTAN | $817.15 | $54.94 | |
| 121 | 635 | EUSEBIO GUERRERO GAYTAN | $379.11 | $54.94 | |
| 122 | 635 | EUSEBIO GUERRERO GAYTAN | $570.60 | $54.94 | |
| 123 | | | $2,582.11 | $219.76 | $2,801.87 |
| 124 | | | | | |
| 125 | 637 | FABIAN RAMIREZ IBARRA | $923.35 | $54.94 | |
| 126 | 637 | FABIAN RAMIREZ IBARRA | $764.32 | $54.94 | |
| 127 | 637 | FABIAN RAMIREZ IBARRA | $395.30 | $54.94 | |
| 128 | 637 | FABIAN RAMIREZ IBARRA | $663.49 | $54.94 | |
| 129 | | | $2,746.46 | $219.76 | $2,966.22 |

Page 4

| 1 | A Emp # | B Name | C Wages, Interest, Liquidated Damage | D Share of $20,000 | E TOTAL DUE: |
|---|---|---|---|---|---|
| 130 | | | | | |
| 131 | 668 | FELIPE ACUNA MOLINA | $742.71 | $54.94 | |
| 132 | 668 | FELIPE ACUNA MOLINA | $466.67 | $54.94 | |
| 133 | 668 | FELIPE ACUNA MOLINA | $711.61 | $54.94 | |
| 134 | 668 | FELIPE ACUNA MOLINA | $710.71 | $54.94 | |
| 135 | 668 | FELIPE ACUNA MOLINA | $443.17 | $54.94 | |
| 136 | 668 | FELIPE ACUNA MOLINA | $563.52 | $54.94 | |
| 137 | | | $3,638.41 | $329.64 | $3,968.05 |
| 138 | | | | | |
| 139 | 671 | FIDEL PEREZ HERNANDEZ | $366.35 | $54.94 | |
| 140 | 671 | FIDEL PEREZ HERNANDEZ | $400.40 | $54.94 | |
| 141 | 671 | FIDEL PEREZ HERNANDEZ | $483.90 | $54.94 | |
| 142 | | | $1,250.66 | $164.82 | $1,415.48 |
| 143 | | | | | |
| 144 | 638 | FLAVIO HERNANDEZ HERNANDEZ | $817.15 | $54.94 | |
| 145 | 638 | FLAVIO HERNANDEZ HERNANDEZ | $379.11 | $54.94 | |
| 146 | 638 | FLAVIO HERNANDEZ HERNANDEZ | $570.60 | $54.94 | |
| 147 | 638 | FLAVIO HERNANDEZ HERNANDEZ | $815.25 | $54.94 | |
| 148 | | | $2,582.11 | $219.76 | $2,801.87 |
| 149 | | | | | |
| 150 | 613 | FLORENCIO REYES CRUZ | $853.99 | $54.94 | |
| 151 | 613 | FLORENCIO REYES CRUZ | $733.43 | $54.94 | |
| 152 | 613 | FLORENCIO REYES CRUZ | $815.25 | $54.94 | |
| 153 | 613 | FLORENCIO REYES CRUZ | $855.31 | $54.94 | |
| 154 | 613 | FLORENCIO REYES CRUZ | $237.64 | $54.94 | |
| 155 | 613 | FLORENCIO REYES CRUZ | $580.33 | $54.94 | |
| 156 | | | $4,075.95 | $329.64 | $4,405.59 |
| 157 | | | | | |
| 158 | 620 | FRANCES LINO SANTOS | $788.10 | $54.94 | $843.04 |
| 159 | | | | | |
| 160 | 640 | FRANSISCO CRUZ SANTOS | $815.25 | $54.94 | |
| 161 | 640 | FRANSISCO CRUZ SANTOS | $921.20 | $54.94 | |

Page 5

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 162 | 640 | FRANSISCO CRUZ SANTOS | $0.00 | $54.94 | |
| 163 | | | $1,736.45 | $164.82 | $1,901.27 |
| 164 | | | | | |
| 165 | 641 | FRANSISCO HERNANDEZ MORALES | $500.67 | $54.94 | |
| 166 | 641 | FRANSISCO HERNANDEZ MORALES | $742.71 | $54.94 | |
| 167 | 641 | FRANSISCO HERNANDEZ MORALES | $719.42 | $54.94 | |
| 168 | 641 | FRANSISCO HERNANDEZ MORALES | $754.57 | $54.94 | |
| 169 | 641 | FRANSISCO HERNANDEZ MORALES | $519.50 | $54.94 | |
| 170 | 641 | FRANSISCO HERNANDEZ MORALES | $656.59 | $54.94 | |
| 171 | | | $3,893.47 | $329.64 | $4,223.11 |
| 172 | | | | | |
| 173 | 696 | FRANSISCO LARA PUGA | $742.71 | $54.94 | $797.65 |
| 174 | | | | | |
| 175 | 697 | FRANSISCO TOVIAS BAEZ | $617.33 | $54.94 | $672.27 |
| 176 | | | | | |
| 177 | 636 | FRANSISCO TOVIAS ORTIZ | $511.99 | $54.94 | |
| 178 | 636 | FRANSISCO TOVIAS ORTIZ | $617.33 | $54.94 | |
| 179 | 636 | FRANSISCO TOVIAS ORTIZ | $884.95 | $54.94 | |
| 180 | 636 | FRANSISCO TOVIAS ORTIZ | $717.24 | $54.94 | |
| 181 | 636 | FRANSISCO TOVIAS ORTIZ | $476.82 | $54.94 | |
| 182 | 636 | FRANSISCO TOVIAS ORTIZ | $644.91 | $54.94 | |
| 183 | | | $3,853.25 | $329.64 | $4,182.89 |
| 184 | | | | | |
| 185 | 686 | GERADO CORTEZ ALCANTARA | $469.06 | $54.94 | $524.00 |
| 186 | | | | | |
| 187 | 684 | GERARDO CASTILLO TOVIAS | $511.99 | $54.94 | |
| 188 | 684 | GERARDO CASTILLO TOVIAS | $617.33 | $54.94 | |
| 189 | 684 | GERARDO CASTILLO TOVIAS | $832.95 | $54.94 | |
| 190 | 684 | GERARDO CASTILLO TOVIAS | $739.27 | $54.94 | |
| 191 | 684 | GERARDO CASTILLO TOVIAS | $346.67 | $54.94 | |
| 192 | 684 | GERARDO CASTILLO TOVIAS | $605.10 | $54.94 | |
| 193 | | | $3,653.31 | $329.64 | $3,982.95 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 194 | | | | | |
| 195 | 657 | GILBERTO TOVAR LOPEZ | $500.67 | $54.94 | |
| 196 | 657 | GILBERTO TOVAR LOPEZ | $742.71 | $54.94 | |
| 197 | 657 | GILBERTO TOVAR LOPEZ | $711.61 | $54.94 | |
| 198 | | | $1,955.00 | $164.82 | $2,119.82 |
| 199 | | | | | |
| 200 | 642 | GONZALO JIMENEZ FARIAS | $815.25 | $54.94 | $870.19 |
| 201 | | | | | |
| 202 | 666 | GONZALO PACHECO MAYO | $921.20 | $54.94 | $976.14 |
| 203 | | | | | |
| 204 | 698 | GONZALO PEREZ JUAREZ | $742.71 | $54.94 | $797.65 |
| 205 | | | | | |
| 206 | 680 | GONZALO PEREZ TORRES | $500.67 | $54.94 | $555.61 |
| 207 | | | | | |
| 208 | 681 | GUSTAVO MENDOSA SEPULVEDA | $522.31 | $54.94 | |
| 209 | 644 | GUSTAVO MENDOZA SEPULVEDA | $815.25 | $54.94 | |
| 210 | | | $1,337.56 | $109.88 | $1,447.44 |
| 211 | | | | | |
| 212 | 913 | HECTOR AVENDANO GARCIA | $663.49 | $54.94 | $718.43 |
| 213 | | | | | |
| 214 | 615 | HERNANDEZ LOAEZA | $743.08 | $54.94 | $798.02 |
| 215 | | | | | |
| 216 | 622 | HILARIO GARCIA | $797.73 | $54.94 | $852.67 |
| 217 | | | | | |
| 218 | 699 | HUMBERTO MENDOZA IBARRA | $617.33 | $54.94 | $672.27 |
| 219 | | | | | |
| 220 | 611 | INOCENCIA PACHECO ROSARIO | $942.98 | $54.94 | $997.92 |
| 221 | | | | | |
| 222 | 639 | IRINEO CASTANEDA MARTINEZ | $681.55 | $54.94 | |
| 223 | 691 | IRINEO CASTANEDA MARTINEZ | $569.80 | $54.94 | |
| 224 | 691 | IRINEO CASTANEDA MARTINEZ | $903.44 | $54.94 | |
| 225 | 691 | IRINEO CASTANEDA MARTINEZ | $720.17 | $54.94 | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 226 | 691 | IRINEO CASTANEDA MARTINEZ | $145.40 | $54.94 | |
| 227 | 691 | IRINEO CASTANEDA MARTINEZ | $545.83 | $54.94 | |
| 228 | | | $3,566.18 | $329.64 | $3,895.82 |
| 229 | | | | | |
| 230 | 645 | ISABEL DE LEON HERNANDEZ | $750.68 | $54.94 | |
| 231 | 645 | ISABEL DE LEON HERNANDEZ | $350.21 | $54.94 | |
| 232 | 645 | ISABEL DE LEON HERNANDEZ | $563.52 | $54.94 | |
| 233 | 645 | ISABEL DE LEON HERNANDEZ | $923.35 | $54.94 | |
| 234 | | | $2,587.76 | $219.76 | $2,807.52 |
| 235 | | | | | |
| 236 | 646 | ISIDORO RODRIGUEZ GUEVARA | $724.36 | $54.94 | |
| 237 | 646 | ISIDORO RODRIGUEZ GUEVARA | $363.58 | $54.94 | |
| 238 | 646 | ISIDORO RODRIGUEZ GUEVARA | $621.45 | $54.94 | |
| 239 | 646 | ISIDORO RODRIGUEZ GUEVARA | $900.41 | $54.94 | |
| 240 | | | $2,609.80 | $219.76 | $2,829.56 |
| 241 | | | | | |
| 242 | 647 | ISIDRO RIOS | $815.25 | $54.94 | $870.19 |
| 243 | | | | | |
| 244 | 908 | ISRAEL RODRIGUEZ ALVAREZ | $604.66 | $54.94 | $659.60 |
| 245 | | | | | |
| 246 | 601 | JESUS TOSCANO LOREDO | $742.71 | $54.94 | |
| 247 | 601 | JESUS TOSCANO LOREDO | $777.97 | $54.94 | |
| 248 | 601 | JESUS TOSCANO LOREDO | $447.36 | $54.94 | |
| 249 | 601 | JESUS TOSCANO LOREDO | $520.62 | $54.94 | |
| 250 | | | $2,488.65 | $219.76 | $2,708.41 |
| 251 | | | | | |
| 252 | 689 | JOEL AGUILAR TOVIAS | $617.33 | $54.94 | |
| 253 | 689 | JOEL AGUILAR TOVIAS | $927.62 | $54.94 | |
| 254 | 689 | JOEL AGUILAR TOVIAS | $537.42 | $54.94 | |
| 255 | 689 | JOEL AGUILAT TOVIAS | $733.81 | $54.94 | |
| 256 | 689 | JOEL AGUILAT TOVIAS | $482.86 | $54.94 | |
| 257 | | | $3,299.04 | $274.70 | $3,573.74 |

Page 8

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 258 | | | | | |
| 259 | 650 | JOSE ALFREDO RODRIGUEZ SOLIS | $900.41 | $54.94 | |
| 260 | 650 | JOSE ALFREDO RODRIGUEZ SOLIS | $737.03 | $54.94 | |
| 261 | 650 | JOSE ALFREDO RODRIGUEZ SOLIS | $394.18 | $54.94 | |
| 262 | 650 | JOSE ALFREDO RODRIGUEZ SOLIS | $641.37 | $54.94 | |
| 263 | | | $2,672.99 | $219.76 | $2,892.75 |
| 264 | | | | | |
| 265 | 661 | JOSE ANGEL MENDOZA RAMIREZ | $431.49 | $54.94 | |
| 266 | 661 | JOSE ANGEL MENDOZA RAMIREZ | $742.71 | $54.94 | |
| 267 | 661 | JOSE ANGEL MENDOZA RAMIREZ | $927.62 | $54.94 | |
| 268 | 661 | JOSE ANGEL MENDOZA RAMIREZ | $658.47 | $54.94 | |
| 269 | 661 | JOSE ANGEL MENDOZA RAMIREZ | $538.83 | $54.94 | |
| 270 | 661 | JOSE ANGEL MENDOZA RAMIREZ | $641.37 | $54.94 | |
| 271 | | | $3,940.49 | $329.64 | $4,270.13 |
| 272 | | | | | |
| 273 | 654 | JOSE ANGEL RODRIGUEZ GUEVARA | $817.15 | $54.94 | |
| 274 | 654 | JOSE ANGEL RODRIGUEZ GUEVARA | $314.00 | $54.94 | |
| 275 | 654 | JOSE ANGEL RODRIGUEZ GUEVARA | $815.25 | $54.94 | |
| 276 | 654 | JOSE ANGEL RODRIGUEZ GUEVARA | $530.79 | $54.94 | |
| 277 | | | $2,477.19 | $219.76 | $2,696.95 |
| 278 | | | | | |
| 279 | 602 | JOSE AVILA HERNANDEZ | $742.71 | $54.94 | |
| 280 | 602 | JOSE AVILA HERNANDEZ | $288.62 | $54.94 | |
| 281 | 602 | JOSE AVILA HERNANDEZ | $737.03 | $54.94 | |
| 282 | 602 | JOSE AVILA HERNANDEZ | $349.56 | $54.94 | |
| 283 | 602 | JOSE AVILA HERNANDEZ | $641.37 | $54.94 | |
| 284 | | | $2,759.29 | $274.70 | $3,033.99 |
| 285 | | | | | |
| 286 | 628 | JOSE DAVID RODRIGUEZ DOMINGUEZ | $884.95 | $54.94 | $939.89 |
| 287 | | | | | |
| 288 | 658 | JOSE GUADALUPE RODRIGUEZ DOMINGUEZ | $416.67 | $54.94 | |
| 289 | 692 | JOSE GUADALUPE RODRIGUEZ DOMINGUEZ | $742.71 | $54.94 | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 290 | 692 | JOSE GUADALUPE RODRIGUEZ DOMINGUEZ | $462.97 | $54.94 | |
| 291 | 692 | JOSE GUADALUPE RODRIGUEZ DOMINGUEZ | $604.66 | $54.94 | |
| 292 | | | $2,227.02 | $219.76 | $2,446.78 |
| 293 | | | | | |
| 294 | 645 | JOSE GUADALUPE ROSALES RODRIGUEZ | $727.38 | $54.94 | |
| 295 | 600 | JOSE GUADALUPE ROSALES RODRIGUEZ | $742.71 | $54.94 | |
| 296 | 600 | JOSE GUADALUPE ROSALES RODRIGUEZ | $927.62 | $54.94 | |
| 297 | 600 | JOSE GUADALUPE ROSALES RODRIGUEZ | $710.71 | $54.94 | |
| 298 | | | $3,108.42 | $219.76 | $3,328.18 |
| 299 | | | | | |
| 300 | 603 | JOSE GUADALUPE SOTO MORQUECHO | $742.71 | $54.94 | |
| 301 | 603 | JOSE GUADALUPE SOTO MORQUECHO | $923.35 | $54.94 | |
| 302 | 603 | JOSE GUADALUPE SOTO MORQUECHO | $816.85 | $54.94 | |
| 303 | 603 | JOSE GUADALUPE SOTO MORQUECHO | $462.21 | $54.94 | |
| 304 | 603 | JOSE GUADALUPE SOTO MORQUECHO | $656.59 | $54.94 | |
| 305 | | | $3,601.72 | $274.70 | $3,876.42 |
| 306 | | | | | |
| 307 | 914 | JOSE JUAN RAMIREZ HERNANDEZ | $644.91 | $54.94 | $699.85 |
| 308 | | | | | |
| 309 | 653 | JOSE LARA GARCIA | $370.85 | $54.94 | |
| 310 | 653 | JOSE LARA GARCIA | $583.64 | $54.94 | |
| 311 | 653 | JOSE LARA GARCIA | $903.44 | $54.94 | |
| 312 | 653 | JOSE LARA GARCIA | $689.95 | $54.94 | |
| 313 | 653 | JOSE LARA GARCIA | $104.03 | $54.94 | |
| 314 | 653 | JOSE LARA GARCIA | $537.42 | $54.94 | |
| 315 | | | $3,189.33 | $329.64 | $3,518.97 |
| 316 | | | | | |
| 317 | 686 | JOSE LUIS HERNANDEZ RAMOS | $500.67 | $54.94 | |
| 318 | 694 | JOSE LUIS HERNANDEZ RAMOS | $617.33 | $54.94 | |
| 319 | 694 | JOSE LUIS HERNANDEZ RAMOS | $653.43 | $54.94 | |
| 320 | 694 | JOSE LUIS HERNANDEZ RAMOS | $733.81 | $54.94 | |
| 321 | | | $2,505.25 | $219.76 | $2,725.01 |

Page 10

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 322 | | | | | |
| 323 | 672 | JOSE LUIS SANCHEZ VILLELA | $466.67 | $54.94 | $521.61 |
| 324 | | | | | |
| 325 | 651 | JOSE REYES MORALES MARTINEZ | $923.35 | $54.94 | |
| 326 | 651 | JOSE REYES MORALES MARTINEZ | $750.68 | $54.94 | |
| 327 | 651 | JOSE REYES MORALES MARTINEZ | $407.74 | $54.94 | |
| 328 | 651 | JOSE REYES MORALES MARTINEZ | $662.60 | $54.94 | |
| 329 | | | $2,744.37 | $219.76 | $2,964.13 |
| 330 | | | | | |
| 331 | 605 | JUAN SANCHEZ LARA | $617.33 | $54.94 | |
| 332 | 605 | JUAN SANCHEZ LARA | $477.28 | $54.94 | |
| 333 | 605 | JUAN SANCHEZ LARA | $646.68 | $54.94 | |
| 334 | | | $1,741.29 | $164.82 | $1,906.11 |
| 335 | | | | | |
| 336 | 690 | JUAN MANUEL VAZQUEZ HERNANDEZ | $923.35 | $54.94 | |
| 337 | 649 | JUAN MANUEL VAZQUEZ HERNANDEZ | $536.29 | $54.94 | |
| 338 | 690 | JUAN MANUEL VAZQUEZ HERNANDEZ | $742.71 | $54.94 | |
| 339 | 690 | JUAN MANUEL VAZQUEZ HERNANDEZ | $764.32 | $54.94 | |
| 340 | 690 | JUAN MANUEL VAZQUEZ HERNANDEZ | $555.55 | $54.94 | |
| 341 | | | $3,522.23 | $274.70 | $3,796.93 |
| 342 | | | | | |
| 343 | 674 | JUAN MANUEL VILLAREAL REYNA | $754.87 | $54.94 | |
| 344 | 674 | JUAN MANUEL VILLAREAL REYNA | $500.70 | $54.94 | |
| 345 | 674 | JUAN MANUEL VILLAREAL REYNA | $662.60 | $54.94 | |
| 346 | | | $1,918.17 | $164.82 | $2,082.99 |
| 347 | | | | | |
| 348 | 663 | JUAN MAYA | $867.52 | $54.94 | $922.46 |
| 349 | | | | | |
| 350 | 615 | JUAN NIEVES | $993.80 | $54.94 | $1,048.74 |
| 351 | | | | | |
| 352 | 648 | JUAN PABLO RODRIGUEZ VILLAREAL | $815.25 | $54.94 | |
| 353 | 648 | JUAN PABLO RODRIGUEZ VILLAREAL | $314.00 | $54.94 | |

Page 11

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 354 | 648 | JUAN PABLO RODRIGUEZ VILLAREAL | $644.91 | $54.94 | |
| 355 | | | $1,774.16 | $164.82 | $1,938.98 |
| 356 | | | | | |
| 357 | 616 | JUAN PACHECO GARCIA | $733.43 | $54.94 | $788.37 |
| 358 | | | | | |
| 359 | 609 | JUAN PACHECO ROSARIO | $876.51 | $54.94 | |
| 360 | 688 | JUAN PACHECO ROSARIO | $733.43 | $54.94 | |
| 361 | | | $1,609.94 | $109.88 | $1,719.82 |
| 362 | | | | | |
| 363 | 672 | JUAN ROMEO TOVIAS FERNANDEZ | $817.15 | $54.94 | $872.09 |
| 364 | | | | | |
| 365 | 655 | JUAN SANTIAGO | $815.25 | $54.94 | $870.19 |
| 366 | | | | | |
| 367 | 649 | JUSTO HERNANDEZ CAMARILLO | $815.25 | $54.94 | |
| 368 | 649 | JUSTO HERNANDEZ CAMARILLO | $817.15 | $54.94 | |
| 369 | 649 | JUSTO HERNANDEZ CAMARILLO | $347.50 | $54.94 | |
| 370 | 649 | JUSTO HERNANDEZ CAMARILLO | $483.90 | $54.94 | |
| 371 | | | $2,463.80 | $219.76 | $2,683.56 |
| 372 | | | | | |
| 373 | 647 | LARA FRANSISCO LOREDO | $416.67 | $54.94 | |
| 374 | 639 | LARA FRANSISCO LOREDO | $923.35 | $54.94 | |
| 375 | 639 | LARA FRANSISCO LOREDO | $757.50 | $54.94 | |
| 376 | 639 | LARA FRANSISCO LOREDO | $729.72 | $54.94 | |
| 377 | 639 | LARA FRANSISCO LOREDO | $616.34 | $54.94 | |
| 378 | | | $3,443.58 | $274.70 | $3,718.28 |
| 379 | | | | | |
| 380 | 656 | LEOBARDO AVALOS HUERTA | $710.71 | $54.94 | |
| 381 | 656 | LEOBARDO AVALOS HUERTA | $609.39 | $54.94 | |
| 382 | 656 | LEOBARDO AVALOS HUERTA | $599.53 | $54.94 | |
| 383 | 656 | LEOBARDO AVALOS HUERTA | $496.93 | $54.94 | |
| 384 | | | $2,416.56 | $219.76 | $2,636.32 |
| 385 | | | | | |

Page 12

| 1 | A | B | C | D | E |
|---|-----|------|------------------------------------|-------------------|-----------|
| | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 386 | 665 | LUCIO AGUILAR AVILA | $817.15 | $54.94 | $872.09 |
| 387 | | | | | |
| 388 | 631 | LUIS FLORENCIO CASTANEDA MARTINEZ | $370.85 | $54.94 | |
| 389 | 687 | LUIS FLORENCIO CASTANEDA MARTINEZ | $569.80 | $54.94 | |
| 390 | 687 | LUIS FLORENCIO CASTANEDA MARTINEZ | $903.44 | $54.94 | |
| 391 | 687 | LUIS FLORENCIO CASTANEDA MARTINEZ | $720.17 | $54.94 | |
| 392 | 687 | LUIS FLORENCIO CASTANEDA MARTINEZ | $123.09 | $54.94 | |
| 393 | 687 | LUIS FLORENCIO CASTANEDA MARTINEZ | $545.83 | $54.94 | |
| 394 | | | $3,233.17 | $329.64 | $3,562.81 |
| 395 | | | | | |
| 396 | 671 | LUIS GARCIA ECHARTE BANDA | $522.31 | $54.94 | $577.25 |
| 397 | | | | | |
| 398 | 606 | LUIS REY MENDOZA RIOS | $617.33 | $54.94 | |
| 399 | 606 | LUIS REY MENDOZA RIOS | $927.62 | $54.94 | |
| 400 | 606 | LUIS REY MENDOZA RIOS | $680.79 | $54.94 | |
| 401 | 606 | LUIS REY MENDOZA RIOS | $331.79 | $54.94 | |
| 402 | 606 | LUIS REY MENDOZA RIOS | $578.56 | $54.94 | |
| 403 | | | $3,136.09 | $274.70 | $3,410.79 |
| 404 | | | | | |
| 405 | 907 | MARCIANO LOEAZA | $466.00 | $54.94 | $520.94 |
| 406 | | | | | |
| 407 | 915 | MARCIANO, MOREYDA ROSARIO | $663.49 | $54.94 | $718.43 |
| 408 | | | | | |
| 409 | 607 | MARCO ANTONIO AVALOS HUERTA | $617.33 | $54.94 | |
| 410 | 607 | MARCO ANTONIO AVALOS HUERTA | $927.62 | $54.94 | |
| 411 | 607 | MARCO ANTONIO AVALOS HUERTA | $680.79 | $54.94 | |
| 412 | 607 | MARCO ANTONIO AVALOS HUERTA | $331.79 | $54.94 | |
| 413 | 607 | MARCO ANTONIO AVALOS HUERTA | $578.56 | $54.94 | |
| 414 | | | $3,136.09 | $274.70 | $3,410.79 |
| 415 | | | | | |
| 416 | 617 | MARDONIO CRUZ MARTINEZ | $946.42 | $54.94 | $1,001.36 |
| 417 | | | | | |

Page 13

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 418 | 670 | MARGARITO CASTILLO ROCHA | $466.67 | $54.94 | $521.61 |
| 419 | | | | | |
| 420 | 605 | MARIA ROSARIO | $762.11 | $54.94 | $817.05 |
| 421 | | | | | |
| 422 | 673 | MARIN LOPEZ ORTIZ | $742.19 | $54.94 | |
| 423 | 673 | MARIN LOPEZ ORTIZ | $742.71 | $54.94 | |
| 424 | 673 | MARIN LOPEZ ORTIZ | $923.35 | $54.94 | |
| 425 | 673 | MARIN LOPEZ ORTIZ | $727.28 | $54.94 | |
| 426 | | | $3,135.54 | $219.76 | $3,355.30 |
| 427 | | | | | |
| 428 | 658 | MARINO CRUZ | $815.25 | $54.94 | $870.19 |
| 429 | | | | | |
| 430 | 918 | MARTIMIANO, MOREYDA ROSARIO | $663.49 | $54.94 | $718.43 |
| 431 | | | | | |
| 432 | 600 | MAURICIO NUNES | $867.52 | $54.94 | $922.46 |
| 433 | | | | | |
| 434 | 916 | MODESTO IBARA | $663.49 | $54.94 | $718.43 |
| 435 | | | | | |
| 436 | 676 | MOISES VELAZQUEZ SANDOVAL | $811.38 | $54.94 | |
| 437 | 676 | MOISES VELAZQUEZ SANDOVAL | $742.71 | $54.94 | |
| 438 | | | $1,554.09 | $109.88 | $1,663.97 |
| 439 | | | | | |
| 440 | 608 | NICACIO RIOS MARTINEZ | $743.08 | $54.94 | $798.02 |
| 441 | | | | | |
| 442 | 906 | ORLANDO MENDOZA CRUZ | $755.81 | $54.94 | |
| 443 | 906 | ORLANDO MENDOZA CRUZ | $656.59 | $54.94 | |
| 444 | | | $1,412.39 | $109.88 | $1,522.27 |
| 445 | | | | | |
| 446 | 609 | OSCAR CERNA CANTU | $742.71 | $54.94 | $797.65 |
| 447 | | | | | |
| 448 | 648 | OZIEL VAZQUEZ AMARO | $536.29 | $54.94 | |
| 449 | 693 | OZIEL VAZQUEZ AMARO | $742.71 | $54.94 | |

Page 14

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 450 | 693 | OZIEL VAZQUEZ AMARO | $923.35 | $54.94 | |
| 451 | 693 | OZIEL VAZQUEZ AMARO | $764.32 | $54.94 | |
| 452 | 693 | OZIEL VAZQUEZ AMARO | $518.36 | $54.94 | |
| 453 | | | $3,485.04 | $274.70 | $3,759.74 |
| 454 | | | | | |
| 455 | 659 | PABLO ALBERTO MARIN REYNA | $311.56 | $54.94 | |
| 456 | 674 | PABLO ALBERTO MARIN REYNA | $536.29 | $54.94 | |
| 457 | 659 | PABLO ALBERTO MARIN REYNA | $754.57 | $54.94 | |
| 458 | 659 | PABLO ALBERTO MARIN REYNA | $462.97 | $54.94 | |
| 459 | 659 | PABLO ALBERTO MARIN REYNA | $656.59 | $54.94 | |
| 460 | | | $2,721.99 | $274.70 | $2,996.69 |
| 461 | | | | | |
| 462 | 669 | PABLO MEDELLIN VILLEGAS | $522.31 | $54.94 | $577.25 |
| 463 | | | | | |
| 464 | 617 | PEDRO LARA LOAEZA | $743.08 | $54.94 | $798.02 |
| 465 | | | | | |
| 466 | 616 | PEDRO MARTINEZ | $905.36 | $54.94 | |
| 467 | 621 | PEDRO MARTINEZ | $797.73 | $54.94 | |
| 468 | | | $1,703.10 | $109.88 | $1,812.98 |
| 469 | | | | | |
| 470 | 678 | RAFAEL MENDOZA ALVAREZ | $431.49 | $54.94 | |
| 471 | 611 | RAFAEL MENDOZA ALVAREZ | $742.71 | $54.94 | |
| 472 | 611 | RAFAEL MENDOZA ALVAREZ | $501.35 | $54.94 | |
| 473 | 611 | RAFAEL MENDOZA ALVAREZ | $656.59 | $54.94 | |
| 474 | | | $2,332.14 | $219.76 | $2,551.90 |
| 475 | | | | | |
| 476 | 921 | RAUL AREAL MENDOZA CRUZ | $663.49 | $54.94 | $718.43 |
| 477 | | | | | |
| 478 | 624 | RAUL FERNANDO MELENDEZ RICO | $849.18 | $54.94 | |
| 479 | 624 | RAUL FERNANDO MELENDEZ RICO | $904.79 | $54.94 | |
| 480 | 624 | RAUL FERNANDO MELENDEZ RICO | $710.71 | $54.94 | |
| 481 | 624 | RAUL FERNANDO MELENDEZ RICO | $381.07 | $54.94 | |

Page 15

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 482 | 624 | RAUL FERNANDO MELENDEZ RICO | $599.53 | $54.94 | |
| 483 | | | $3,445.28 | $274.70 | $3,719.98 |
| 484 | | | | | |
| 485 | 682 | RAYMUNDO ROSALES DE LEON | $416.67 | $54.94 | $471.61 |
| 486 | | | | | |
| 487 | 630 | REFUGIO REYES | $500.67 | $54.94 | $555.61 |
| 488 | | | | | |
| 489 | 917 | RENE PACHECO ROSARIO | $663.49 | $54.94 | $718.43 |
| 490 | | | | | |
| 491 | 629 | RICARDO DOMINGUEZ GONZALES | $616.34 | $54.94 | |
| 492 | 629 | RICARDO DOMINGUEZ GONZALEZ | $910.28 | $54.94 | |
| 493 | 629 | RICARDO DOMINGUEZ GONZALEZ | $777.97 | $54.94 | |
| 494 | 629 | RICARDO DOMINGUEZ GONZALEZ | $429.69 | $54.94 | |
| 495 | | | $2,734.28 | $219.76 | $2,954.04 |
| 496 | | | | | |
| 497 | 675 | RICARDO MELENDEZ RICO | $370.85 | $54.94 | |
| 498 | 675 | RICARDO MELENDEZ RICO | $583.64 | $54.94 | |
| 499 | 675 | RICARDO MELENDEZ RICO | $910.28 | $54.94 | |
| 500 | 675 | RICARDO MELENDEZ RICO | $520.62 | $54.94 | |
| 501 | 675 | RICARDO MELENDEZ RICO | $689.95 | $54.94 | |
| 502 | 675 | RICARDO MELENDEZ RICO | $104.03 | $54.94 | |
| 503 | | | $3,179.37 | $329.64 | $3,509.01 |
| 504 | | | | | |
| 505 | 670 | ROBERTO TOVAR ORNELAS | $777.97 | $54.94 | $832.91 |
| 506 | | | | | |
| 507 | 667 | RODOLFO RODRIGUEZ HERNENDEZ | $522.31 | $54.94 | $577.25 |
| 508 | | | | | |
| 509 | 660 | RODRIGO AVILA LOPEZ | $750.68 | $54.94 | |
| 510 | 660 | RODRIGO AVILA LOPEZ | $451.35 | $54.94 | |
| 511 | 660 | RODRIGO AVILA LOPEZ | $621.45 | $54.94 | |
| 512 | 660 | RODRIGO AVILA LOPEZ | $900.41 | $54.94 | |
| 513 | | | $2,723.89 | $219.76 | $2,943.65 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 514 | | | | | |
| 515 | 610 | ROGELIO FIGUEROA | $865.42 | $54.94 | $920.36 |
| 516 | | | | | |
| 517 | 903 | ROLANDO FLORES TOVIAS | $433.30 | $54.95 | |
| 518 | 903 | ROLANDO FLORES TOVIAS | $616.34 | $54.94 | |
| 519 | | | $1,049.64 | $109.89 | $1,159.53 |
| 520 | | | | | |
| 521 | 904 | RUBEN DAVID CASTILLO AVALOS | $430.51 | $54.94 | |
| 522 | 904 | RUBEN DAVID CASTILLO AVALOS | $656.59 | $54.94 | |
| 523 | | | $1,087.10 | $109.88 | $1,196.98 |
| 524 | | | | | |
| 525 | 667 | RUFINO ORTIZ FORTINO | $921.20 | $54.94 | $976.14 |
| 526 | | | | | |
| 527 | 662 | SALOMON GABRIEL ORTIZ | $815.25 | $54.94 | $870.19 |
| 528 | | | | | |
| 529 | 652 | SERGIO RAFAEL MORALES MARTINEZ | $817.15 | $54.94 | |
| 530 | 652 | SERGIO RAFAEL MORALES MARTINEZ | $339.10 | $54.94 | |
| 531 | 652 | SERGIO RAFAEL MORALES MARTINEZ | $530.79 | $54.94 | |
| 532 | 652 | SERGIO RAFAEL MORALES MARTINEZ | $728.01 | $54.94 | |
| 533 | | | $2,415.05 | $219.76 | $2,634.81 |
| 534 | | | | | |
| 535 | 677 | SERGIO SOTULLO RIVERA | $742.71 | $54.94 | |
| 536 | 677 | SERGIO SOTULLO RIVERA | $719.42 | $54.94 | |
| 537 | 677 | SERGIO SOTULLO RIVERA | $764.32 | $54.94 | |
| 538 | 677 | SERGIO SOTULLO RIVERA | $469.67 | $54.94 | |
| 539 | 677 | SERGIO SOTULLO RIVERA | $663.49 | $54.94 | |
| 540 | 677 | SERGIO SOTULLO RIVERA | $431.49 | $54.94 | |
| 541 | | | $3,791.10 | $329.64 | $4,120.74 |
| 542 | | | | | |
| 543 | 663 | SIMON RAMIREZ GARCIA | $855.31 | $54.94 | |
| 544 | 663 | SIMON RAMIREZ GARCIA | $237.64 | $54.94 | |
| 545 | 663 | SIMON RAMIREZ GARCIA | $580.33 | | |

Page 17

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Emp # | Name | Wages, Interest, Liquidated Damage | Share of $20,000 | TOTAL DUE: |
| 546 | 663 | SIMON RAMIREZ GARCIA | $815.25 | $54.94 | |
| 547 | | | $2,488.53 | $219.76 | $2,708.29 |
| 548 | | | | | |
| 549 | 664 | SIXTO JIMENEZ HERNANDEZ | $815.25 | $54.94 | $870.19 |
| 550 | | | | | |
| 551 | 625 | TERESO BELTRAN GARCIA | $803.02 | $54.94 | |
| 552 | 625 | TERESO BELTRAN GARCIA | $921.20 | $54.94 | |
| 553 | 625 | TERESO BELTRAN GARCIA | $0.00 | $54.94 | |
| 554 | | | $1,724.22 | $164.82 | $1,889.04 |
| 555 | | | | | |
| 556 | 603 | TERESO CRUZ | $859.70 | $54.94 | |
| 557 | 619 | TERESO CRUZ | $605.09 | $54.94 | |
| 558 | | | $1,464.80 | $109.88 | $1,574.68 |
| 559 | | | | | |
| 560 | 630 | TOMAS MENDOZA RIOS | $306.23 | $54.94 | |
| 561 | 630 | TOMAS MENDOZA RIOS | $565.29 | $54.94 | |
| 562 | 630 | TOMAS MENDOZA RIOS | $927.62 | $54.94 | |
| 563 | 630 | TOMAS MENDOZA RIOS | $697.36 | $54.94 | |
| 564 | | | $2,496.50 | $219.76 | $2,716.26 |
| 565 | | | | | |
| 566 | 614 | TORIBIO LOPEZ REYES | $995.13 | $54.94 | |
| 567 | 618 | TORIBIO LOPEZ REYES | $743.08 | $54.94 | |
| 568 | 618 | TORIBIO LOPEZ REYES | $815.25 | $54.94 | |
| 569 | 618 | TORIBIO LOPEZ REYES | $921.20 | $54.94 | |
| 570 | 618 | TORIBIO LOPEZ REYES | $663.49 | $54.94 | |
| 571 | | | $4,138.16 | $274.70 | $4,412.86 |
| 572 | | | | | |
| 573 | 683 | VIDAL CASTILLO TOVIAS | $511.99 | $54.94 | $566.93 |

Page 18